UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPRESS ALEXANDRIYAH APHRODITE aka DANTE SEARS et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALLISON REGO et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22-CV-1597 JLS (DEB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND AMEND COMPLAINT IN ACCORDANCE WITH NOVEMBER 21, 2022 ORDER**<br><br>(ECF No. 3) |

　　　　On November 21, 2022, this Court denied Plaintiff Empress Alexandriyah Aphrodite aka Dante Sears' ("Aphrodite") Application to Proceed in District Court Without Prepaying Fees or Costs and dismissed Plaintiffs Aphrodite, Rancho Del Sol Estates LP; and Sovereign Nation of CXQTA Autochthons's (collectively, "Plaintiffs") Complaint following screening under 28 U.S.C. § 1915(e)(2). *See generally* ECF No. 3 ("Order"). The Court granted Plaintiffs until December 1, 2022, to pay the requisite filing fees and file an amended complaint that cured the pleading deficiencies noted in the Order. *See id.* at 8.  The Order explicitly provided that if Plaintiffs failed to do so, the Court would enter a final Order dismissing the action without prejudice. *Id.* at 8–9 (citation omitted).

/ / /

However, while December 1, 2022 has come and gone, Plaintiffs have neither paid the filing fee nor amended their Complaint. *See generally* Docket.

Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 8, 2022

Hon. Janis L. Sammartino
United States District Judge